58 A.3d 733

ROBIN KENNY, PLAINTIFF–PETITIONER, v. ANNE MILGRAM,
ATTORNEY GENERAL OF NEW JERSEY, ET AL.,
DEFENDANTS–RESPONDENTS.

September 28, 2011.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for

reconsideration in light of the record as supplemented by this Court's Order in M–62–11. Jurisdiction is not retained.